UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, LOCAL 1506, an unincorporated association,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>A&B CONSTRUCTION, INC., a corporation,<br><br>　　　　Respondent. | Case No.: 8:17-cv-1151 JLS (DFMx)<br><br>**JUDGMENT** |

For the reasons explained in the Court's order of November 17, 2017 (ECF No. 23), the Court hereby enters judgment as follows:

    (1)    The Arbitration Award of May 17, 2017 is confirmed.

    (2)    Respondent A&B Construction, Inc. shall pay Petitioner United Brotherhood of Carpenters and Joiners of America, Local 1506 $27,000.00.

    (3)    As the prevailing party, Petitioner is entitled to costs as provided in Local Rule 54.

    (4)    Interest shall accrue at the legal rate.

IT IS SO ORDERED.
DATED: December 19, 2017

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE